IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JAMES BLACKSHIRE,

        Plaintiff,

vs.

U.S. BANK NATIONAL
ASSOCIATION TRUSTEE FOR THE
POOLING AND SERVICING
AGREEMENT DATED AS OF
SEPTEMBER 1, 2005 WACHOVIA
MORTGAGE LOAN TRUST
MORTGAGE LOAN ASSETBACKED
CERTIFICATES, SERIES
2005-WMC1,

        Defendant.

Civil Action No. 3:13-CV-00079-N

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this 29th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE